UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | | |
|---|---|---|
| KAREN B. PHILLIPS | **)** | |
| | **)** | |
| PLAINTIFF | **)** | |
| | **)** | |
| v. | **)** | CIVIL ACTION NO. 5:18-cv-00553-DCR |
| | **)** | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | **)** | |
| | **)** | |
| DEFENDANT | **)** | |

### **AGREED ORDER**

Plaintiff, Karen B. Philips, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice and stricken from the Court's docket with each party to be responsible for its own attorneys' fees and costs.

61807862.1

**HAVE SEEN AND AGREED:**

s/Timothy E. Geertz (by MDW with permission)
Timothy E. Geertz
Law Offices of Timothy E. Geertz
2333 Alexandria Drive
Lexington, KY 40504
tim@geertzlaw.com
***Attorney for Plaintiff, Karen B. Phillips***

/s/Mitzi D. Wyrick
Mitzi D. Wyrick
Wyatt, Tarrant & Combs, LLP
mitziwyrick@wyattfirm.com
***Counsel for Defendants***

61807862.1