UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| KAREN B. PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-553-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having tendered a proposed Agreed Order, indicating that all issues in dispute have been settled [Record No. 12], and the Court being sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   The parties' proposed Agreed Order, docketed as a joint motion to voluntarily dismiss the action with prejudice [Record No. 12], is **GRANTED**.

(2)   This action is **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

(3)   The parties shall bear their respective cost, expenses and attorney fees.

Dated: February 4, 2019.

Signed By:
*Danny C. Reeves*
United States District Judge